# ATTACHMENT 1

Suunto M1 Black | Suunto



## SUUNTO

SIGN IN | REGISTER

GLOBAL / ENGLISH

HOME    PRODUCTS    WHERE TO BUY    SUPPORT    SPORTS    ABOUT SUUNTO    MYSUUNTO

You are here:    Suunto M1 Black    < Back

### Suunto M1 Black
Ref SS015862000

★ ★ ★ ★ ★    Write the first review    |    Follow this product

**Easy real-time monitoring of heart rate and calories**

**CHOOSE A MODEL**

→ See all the accessories for this product

Hover over the image to zoom   Click here for bigger image

**Additional images**

→ Dealer Locator

**Customer Care**
International +358 2 284 1160

| Product info | Specs | Manuals | Reviews | Questions & Answers |

Back to products

## Suunto M1 Black

▸ Real-time guidance: heart rate and calories burned
▸ Automatically switches between three heart rate zones to help reach personal exercise targets
▸ Suunto M1 comes with comfortable Suunto Basic Heart Rate Belt, compatible with most gym cardio equipment
▸ Easy to use
▸ 9 languages: English, French, Spanish, Italian, German, Dutch, Portuguese, Swedish and Finnish

With easy and comfortable monitoring of real-time heart rate and calories burned, Suunto M1 is equipped with the essential tools you need to reach your fitness goals.

It monitors you while you exercise to ensure you stay within the most effective training zone. If you're going to burn those calories, make sure every move is a smart one.

**ACCESSORIES FOR THIS PRODUCT**



M1 Battery Kit


M-Series Black Pattern Strap


M-Series Plain Black Strap

▸

**ALL ABOUT SUUNTO M-SERIES**



**WHICH HEART RATE MONITOR IS BEST FOR ME?**



**QUICK LINKS**

▸ M-Series tutorial videos
▸ Register your M1

Suunto M2 Black | Suunto



## Suunto M2 Black

- Real-time guidance: heart rate and calories burned
- Automatically switches between three heart rate zones to help reach personal exercise targets
- Suunto M2 comes with Suunto Dual Comfort Belt: comfortable textile belt, compatible with most gym cardio equipment and Suunto Fitness Solution
- Easy to use
- 9 languages: English, French, Spanish, Italian, German, Dutch, Portuguese, Swedish and Finnish

With easy and comfortable monitoring of real-time heart rate and calories burned, the M2 is equipped with the essential tools you need to reach your fitness goals.

It monitors you while you exercise to ensure you stay within the most effective training zone. If you're going to burn those calories, make sure every move is a smart one.

### ACCESSORIES FOR THIS PRODUCT



M2 Battery Kit Black



M-Series Black Pattern Strap



M-Series Plain Black Strap

**ALL ABOUT SUUNTO M-SERIES**



**WHICH HEART RATE MONITOR IS BEST FOR ME?**



**QUICK LINKS**

- Video of first settings of M2
- Register your M2

http://suunto.com/global/en/products/Heart-Rate-Monitors/suunto-m2/suunto-m2-black[2/24/2012 1:10:01 PM]

Suunto M2 Black | Suunto

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**





SITEMAP   E-NEWSLETTER   TERMS OF USE   PRIVACY POLICY

You Tube   TV   AN AMER SPORTS BRAND

Suunto Dual Comfort Belt | Suunto



## Suunto Dual Comfort Belt

- ▸ Disturbance-free ANT transmission
- ▸ Analog (inductive) signal for cardio equipment compatibility
- ▸ Seamless strap adjustment
- ▸ Comfortable Suunto textile strap
- ▸ User-replaceable battery
- ▸ Water resistant up to 20 m / 66 ft

Suunto Dual Comfort Belt is a comfortable heart rate belt optimized for fitness club usage. It is compatible with most cardio equipment, as well as all Suunto heart rate monitors.

**FITNESS SOLUTION**

**QUICK LINKS**

- ▸ Compatible Heart Rate Monitors
- ▸ Performance Packs
- ▸ FAQ

**ACCESSORIES FOR THIS PRODUCT**



Comfort Belt Module - Dual



Comfort Belt Strap – size S-L



Comfort Belt Battery Kit

▶

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

Suunto Dual Comfort Belt | Suunto





# ATTACHMENT 2

Suunto t1c Black Pattern | Suunto



### Suunto t1c Black Pattern

> ▸ Monitor your real-time and average heart rate
> ▸ Get your real-time calorie consumption
> ▸ Check your zone training status at a glance
> ▸ Use with compatible gym cardio equipment
> ▸ Receive accurate readings in 29 different codes

**EXERCISE AND WELLBEING**

**QUICK LINKS**

▸ Heart rate monitor FAQs

**ACCESSORIES FOR THIS PRODUCT**

Bike Adapter

Polywatch

t-Series Strap Black Polished

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

Suunto t1c Black Pattern | Suunto

    

SITEMAP    E-NEWSLETTER    TERMS OF USE    PRIVACY POLICY

You Tube    TV    AN AMER SPORTS BRAND

Suunto t3c Black Arrow | Suunto



## SUUNTO

SIGN IN / REGISTER                                                                    GLOBAL / ENGLISH

HOME    PRODUCTS    WHERE TO BUY    SUPPORT    SPORTS    ABOUT SUUNTO    MYSUUNTO                 Search

You are here:    Suunto t3c Black Arrow                                                              < Back

### Suunto t3c Black Arrow

Ref SS015163000

★ ★ ★ ★ ★  Write the first review  |  Follow this product

**THIS PRODUCT IS NO LONGER IN PRODUCTION**

Your everyday workout partner, heart rate monitor with real-time Training Effect

See all the accessories for this product

Hover over the image to zoom  Click here for bigger image

**Additional images**

Dealer Locator

**Customer Care**
International +358 2 284 1160

| Product info | Story | Specs | Manuals | Reviews | Questions & Answers |

Back to products

### Suunto t3c Black Arrow

- Calculate your real-time heart rate and calorie consumption
- Get real-time Training Effect
- Measure your speed, distance, and cadence with optional Suunto PODs
- Use interference-free digital ANT transmission and coding to securely pair your Suunto devices
- Colour options: Black, Black Arrow, Black Polished, Brown, Deep Green and Sporty Red
- Available also in Suunto Performance Packs - ready to go solutions with PODs for cycling, running, and multisport

**Read more about t3c Performance Packs:**
t3c Cycling Pack
t3c Running Pack
t3c GPS Pack







**REGISTER YOUR SUUNTO T3C**

REGISTER YOUR SUUNTO PRODUCT

**WWW.MOVESCOUNT.COM**

Movescount.com
Your Sports Community

**QUICK LINKS**

- Running tips for Women
- FAQ

**ACCESSORIES FOR THIS PRODUCT**

http://suunto.com/global/en/products/Heart-Rate-Monitors/Suunto-t3c/Suunto-t3c-Black-Arrow[2/24/2012 1:38:29 PM]

Suunto t3c Black Arrow | Suunto







Bike Adapter                   Polywatch                 t-Series Strap Black Polished

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

  



SITEMAP    E-NEWSLETTER    TERMS OF USE    PRIVACY POLICY                           M You Tube ITV f t   AN AMER SPORTS BRAND

Suunto t4c Black Frost | Suunto



# Suunto t4c Black Frost

- Use Suunto Coach to get a personalized, detailed training schedule
- Calculate your real-time heart rate and calorie consumption
- Get real-time Training Effect
- Measure your speed, distance, and cadence with optional Suunto PODs
- Use interference-free digital ANT transmission and coding to securely pair your Suunto devices
- Colour options: Black Volcano and Black Frost




WWW.MOVESCOUNT.COM



**QUICK LINKS**



- Suunto Coach
- Training Effect (TE)
- FAQ

## ACCESSORIES FOR THIS PRODUCT



Bike Adapter



Polywatch



t-Series Strap Black Polished



Suunto t4c Black Frost | Suunto

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**





Suunto t6c Fusion | Suunto



## Suunto t6c Fusion

- Get a comprehensive physiological analysis of your training on Movescount.com
- Monitor your real-time Training Effect and EPOC
- Use the altimeter to monitor your hill and altitude performance
- Measure your speed, distance, and cadence with optional Suunto PODs
- Customizable screen layout for individual information needs
- Pair with the included Suunto Comfort Belt to calculate real-time heart rate and calorie consumption
- Colour options: Fusion, Black and Red Arrow
- Available also in Suunto Performance Packs - ready to go solutions with PODs for triathlon, cycling, running, and multisport

**Read more about the Performance Packs:**
t6c Triathlon Pack
t6c Running Pack
t6c Cycling Pack
t6c GPS Pack

**ACCESSORIES FOR THIS PRODUCT**








**REGISTER YOUR SUUNTO T6C**

REGISTER YOUR SUUNTO PRODUCT

**WWW.MOVESCOUNT.COM**

**QUICK LINKS**

- Training Guidebooks
- Get the most out of your running
- A morning run with t6c
- FAQ



Suunto t6c Fusion | Suunto



Bike Adapter



Display Shields



t6 Strap Kit

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

  



SITEMAP   | NEWSLETTER   TERMS OF USE   PRIVACY POLICY      AN AMER SPORTS BRAND

Suunto t3d Sporty Red | Suunto



## Suunto t3d Sporty Red

- Calculate your real-time heart rate and calorie consumption
- Get real-time Training Effect
- Measure your speed, distance, and cadence with optional Suunto PODs
- Use interference-free digital ANT transmission and coding to securely pair your Suunto devices
- Comes with Suunto Dual Comfort Belt (compatible with most gym cardio equipment, the Suunto Fitness Solution group exercise and all Suunto heart rate monitors)
- Color options: Black, Black Move, Black Polished, and Sporty Red
- Available also in Suunto Performance Packs - ready to go solutions with PODs for running and multisport

### ACCESSORIES FOR THIS PRODUCT



Bike Adapter


Polywatch

t-Series Strap Black Polished

**REGISTER YOUR T3D**





REGISTER YOUR SUUNTO PRODUCT

WWW.MOVESCOUNT.COM



**QUICK LINKS**

- Training Effect (TE)
- Suunto TV - tutorial videos
- FAQ

Suunto t3d Sporty Red | Suunto

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

     

SITEMAP   E-NEWSLETTER   TERMS OF USE   PRIVACY POLICY

M   You Tube   TV   f   t   AN AMER SPORTS BRAND

Suunto t4d White Blaze | Suunto





Bike Adapter



Polywatch



t-Series Strap Black Polished

## Suunto t4d White Blaze

- ▸ Use Suunto Coach to get a personalized, detailed training schedule
- ▸ Calculate your real-time heart rate and calorie consumption
- ▸ Get real-time Training Effect
- ▸ Measure your speed, distance, and cadence with optional Suunto PODs
- ▸ Use interference-free digital ANT transmission and coding to securely pair your Suunto devices
- ▸ Comes with Suunto Dual Comfort Belt (compatible with most gym cardio equipment, the Suunto Fitness Solution group exercise and all Suunto heart rate monitors)
- ▸ Colour options: White Blaze and Silver Frost

**ACCESSORIES FOR THIS PRODUCT**

**REGISTER YOUR T4D**



REGISTER YOUR SUUNTO PRODUCT

**WWW.MOVESCOUNT.COM**




**QUICK LINKS**

- ▸ Suunto Coach
- ▸ Training Effect (TE)
- ▸ Suunto TV - instruction videos
- ▸ FAQ

Suunto t4d White Blaze | Suunto

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

      

SITEMAP    E-NEWSLETTER    TERMS OF USE    PRIVACY POLICY    M You Tube TV f t AN AMER SPORTS BRAND

Suunto t6d Black Fusion | Suunto



## Suunto t6d Black Fusion

- Get a comprehensive physiological analysis of your training on your computer through Movescount.com
- Monitor your real-time Training Effect and EPOC
- Use the altimeter to monitor your hill and altitude performance
- Measure your speed, distance, and cadence with optional Suunto PODs
- Customizable screen layout for individual information needs
- Use the included Suunto Dual Comfort Belt to calculate real-time heart rate and calorie consumption
- Comes with Suunto Dual Comfort Belt (compatible with most gym cardio equipment, the Suunto Fitness Solution group exercise and all Suunto heart rate monitors)
- Color options: Black Smoke, Black Fusion and Black Flame
- Available also in Suunto Performance Packs - ready to go solutions with PODs for running and multisport

**ACCESSORIES FOR THIS PRODUCT**

**REGISTER YOUR T6D**



**COUNT YOUR MOVES!**

**Movescount.com**
Your Sports Community

**QUICK LINKS**

- EPOC
- Training Effect (TE)
- Suunto TV
- FAQ



Suunto t6d Black Fusion | Suunto







Battery Kit with Plastic Cover     Bike Adapter     Display Shields

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**









SITEMAP   E-NEWSLETTER   TERMS OF USE   PRIVACY POLICY

M  You Tube  TV  f  t  AN AMER SPORTS BRAND

Suunto M1 Black | Suunto



## SUUNTO

SIGN IN | REGISTER                                                                 GLOBAL / ENGLISH

HOME    PRODUCTS    WHERE TO BUY    SUPPORT    SPORTS    ABOUT SUUNTO    MYSUUNTO        Search    🔍

You are here:   Home   Products   Heart Rate Monitors   Suunto M1 Black                              < Back

### Suunto M1 Black

Ref SS015862000                                                              » Dealer Locator

★★★★★  Write the first review  |  Follow this product           **Customer Care**
                                                                International +358 2 284 1160

**Easy real-time monitoring of heart rate and calories**            f  t  📧  ✉  ➕

**CHOOSE A MODEL**

See all the accessories for this product

Hover over the image to zoom | Click here for bigger image  🔍

**Additional images**

| Product info | Specs | Manuals | Reviews | Questions & Answers |

---

Back to
products

# Suunto M1 Black

‣ Real-time guidance: heart rate and calories burned
‣ Automatically switches between three heart rate zones to help reach personal exercise targets
‣ Suunto M1 comes with comfortable Suunto Basic Heart Rate Belt, compatible with most gym cardio
  equipment
‣ Easy to use
‣ 9 languages: English, French, Spanish, Italian, German, Dutch, Portuguese, Swedish and Finnish

With easy and comfortable monitoring of real-time heart rate and calories burned, Suunto M1 is
equipped with the essential tools you need to reach your fitness goals.

It monitors you while you exercise to ensure you stay within the most effective training zone. If
you're going to burn those calories, make sure every move is a smart one.

**ACCESSORIES FOR THIS PRODUCT**

            



M1 Battery Kit        M-Series Black Pattern Strap    M-Series Plain Black Strap    ▶

**ALL ABOUT SUUNTO M-SERIES**



**WHICH HEART RATE MONITOR IS
BEST FOR ME?**



**QUICK LINKS**

‣ M-Series tutorial videos
‣ Register your M1

Suunto M1 Black | Suunto

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**



Suunto M2 Black | Suunto



## Suunto M2 Black

Ref SS015854000

★★★★☆

Read 1 review | Write a review | Follow this product

**Easy real-time monitoring of heart rate and calories**

**CHOOSE A MODEL**

See all the accessories for this product

SIGN IN | REGISTER

GLOBAL / ENGLISH

HOME    PRODUCTS    WHERE TO BUY    SUPPORT    SPORTS    ABOUT SUUNTO    MYSUUNTO

Dealer Locator

**Customer Care**

International +358 2 284 1160

Hover over the image to zoom | Click here for bigger image

Additional images

---

| Product Info | Specs | Manuals | Reviews | Questions & Answers |

Back to products

## Suunto M2 Black

- Real-time guidance: heart rate and calories burned
- Automatically switches between three heart rate zones to help reach personal exercise targets
- Suunto M2 comes with Suunto Dual Comfort Belt: comfortable textile belt, compatible with most gym cardio equipment and Suunto Fitness Solution
- Easy to use
- 9 languages: English, French, Spanish, Italian, German, Dutch, Portuguese, Swedish and Finnish

With easy and comfortable monitoring of real-time heart rate and calories burned, the M2 is equipped with the essential tools you need to reach your fitness goals.

It monitors you while you exercise to ensure you stay within the most effective training zone. If you're going to burn those calories, make sure every move is a smart one.

**ACCESSORIES FOR THIS PRODUCT**

        

M2 Battery Kit Black    M-Series Black Pattern Strap    M-Series Plain Black Strap

**ALL ABOUT SUUNTO M-SERIES**



**WHICH HEART RATE MONITOR IS BEST FOR ME?**



**QUICK LINKS**

- Video of first settings of M2
- Register your M2

Suunto M2 Black | Suunto

**CUSTOMERS WHO VIEWED THIS ITEM ALSO VIEWED**

      



SITEMAP   E NEWSLETTER   TERMS OF USE   PRIVACY POLICY          AN AMER SPORTS BRAND